No. 04–1704. DAIMLERCHRYSLER CORP. ET AL. *v.* CUNO ET AL.; and

No. 04–1724. WILKINS, TAX COMMISSIONER FOR THE STATE OF OHIO, ET AL. *v.* CUNO ET AL. C. A. 6th Cir. [Certiorari granted, 545 U. S. 1165.] Motion of petitioners for divided argument granted. Time is to be divided as follows: 15 minutes for petitioners in No. 04–1704, and 15 minutes for petitioners in No. 04–1724.

No. 05–204. LEAGUE OF UNITED LATIN AMERICAN CITIZENS ET AL. *v.* PERRY, GOVERNOR OF TEXAS, ET AL.;

No. 05–254. TRAVIS COUNTY, TEXAS, ET AL. *v.* PERRY, GOVERNOR OF TEXAS, ET AL.;

No. 05–276. JACKSON ET AL. *v.* PERRY, GOVERNOR OF TEXAS, ET AL.; and

No. 05–439. GI FORUM OF TEXAS ET AL. *v.* PERRY, GOVERNOR OF TEXAS, ET AL. D. C. E. D. Tex. [Probable jurisdiction noted, *ante,* p. 1074.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

### FEBRUARY 20, 2006

No. 05–9283 (05A762). IN RE MORALES. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 05–9291 (05A763). MORALES *v.* HICKMAN, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

### FEBRUARY 21, 2006

No. 04–1322. VAZQUEZ-VALENTIN *v.* SANTIAGO-DIAZ, INDIVIDUALLY AND AS MAYOR OF TOA BAJA, PUERTO RICO, ET AL. C. A.